IN RE Courtney SAUNDERS a/k/a Courtney Elliot, No. 453-79

February 7, 1980. Motion for release pending appeal is denied. Motion for expedited appeal is granted. The cause is set for hearing on the merits before this Court on Wednesday, February 13, 1980, at 10:00 a.m.

Hill, J.